AO 245B  (Rev. 09/11)  Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| | CASE NUMBER:  5:13-cr-26-003-HES-EMT |
| | USM NUMBER:  22601-017 |
| V. | |
| FRANK ALFRED BAKER | Defendant's Attorney:  James Judkins, Esq. (Retained) |
| | Michael Ufferman, Esq. (Retained) |

THE DEFENDANT:

‗ pleaded guilty to count(s) .
‗ pleaded nolo contendere to count(s) which was accepted by the court.
‗ was found guilty on count(s)  after a plea of not guilty.
X  was found guilty on count(s) 1, 3, 4, 7, 8, 11 and 12 of the Superseding Indictment by verdict of a  jury.  The defendant's conviction for Count 9 was vacated on April 19, 2016 by the 11th Circuit Court of Appeals.

The defendant is adjudicated guilty of these offenses:

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. §§ 1343, 1349, 287, 1014 and 371 | Conspiracy to Commit Wire Fraud, Make a False Statement to the FDIC and Make a False Claim Against the United States | August 13, 2010 | One |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | December 31, 2008 | Three |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | December 31, 2008 | Four |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | June 12, 2009 | Seven |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | August 13, 2010 | Eight |
| 18 U.S.C. §§ 1014 and 2 | False Statement to the FDIC | June 3, 2009 | Eleven |
| 18 U.S.C. §§ 287 and 2 | False Claim Against the United States | August 7, 2010 | Twelve |

The defendant is sentenced as provided in pages 2 through 7 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, and 18 U.S.C. §§ 3551 and 3553.

 X  The defendant has been found not guilty on count(s) 2, 5, 6, and 10.
‗ Count(s)  (is)(are) dismissed on the motion of the United States.

AO 245B (Rev. 09/11) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | FRANK ALFRED BAKER | Judgment - Page _2_ of _7_ |
| Case No.: | 5:13-cr-26-003-HES-EMT | |

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in economic circumstances.

Original Date of Imposition of Sentence:  August 21, 2014
Amended Date of Imposition of Sentence:  October 20, 2016

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE
DATE:  October __2 6__, 2016

AO 245B (Rev. 09/11) Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: | FRANK ALFRED BAKER |
| Case No.: | 5:13-cr-26-003-HES-EMT |

Judgment - Page <u>3</u> of <u>7</u>

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **FORTY FIVE (45) MONTHS as to each of Counts 1, 3, 4, 7, 8, 11 and 12, all counts to run concurrently.**

___ The court makes the following recommendations to the Bureau of Prisons:

_X__ Voluntary surrender is not applicable as the defendant is currently serving his sentence.
___ The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district.

___ at ___ a.m./p.m. on ___.
___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

___ before 2 p.m. on ___.
___ as notified by the United States Marshal.
___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

___ at _____, with a certified copy of this judgment.

_____
United States Marshal

By:_____
Deputy Marshal

AO 245B (Rev. 09/11) Sheet 3 - Supervised Release

| | | |
|---|---|---|
| Defendant: | **FRANK ALFRED BAKER** | Judgment - Page _4_ of _7_ |
| Case No.: | 5:13-cr-26-003-HES-EMT | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE (3) YEARS** as to each Counts 1, 3, 4, 7, 8, 11 and 12, the terms of all counts to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

X    Although mandatory drug testing is required pursuant to the Violent Crime Control and Law Enforcement Act of 1994, the drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X    The defendant shall not possess, either directly or constructively, a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

_    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

_    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/11) Sheet 3C - Supervised Release

| Defendant: | FRANK ALFRED BAKER | Judgment - Page _5_ of _7_ |
| Case No.: | 5:13-cr-26-003-HES-EMT | |

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

—     The defendant shall participate in the Home Detention program for a period of __. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

—     The defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

—     The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

_X_     The defendant shall provide the probation officer access to any requested business and personal financial information.

_X_     The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit without approval of the probation officer unless the defendant has satisfied his restitution obligation.

_X_     The defendant shall not transfer or dispose of any asset, or his interest in any asset, without prior approval of the probation officer, unless he has satisfied his restitution obligation.

—     If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally.

—     Defendant shall perform ___ hours of community service.

—     The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vacation, or is a student, as directed by the probation officer.

—     The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, day-care centers, theme parks, playgrounds, etc.

—     The defendant is prohibited from possessing, subscribing to, or viewing any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.

—     The defendant shall submit to a search of his person, residence, place of business, any storage units under his control, or vehicle conducted by the United States Probation Officer at a reasonable time and in a reasonable manner.

AO 245B (Rev. 09/11) Sheet 5  - Criminal Monetary Penalties

| Defendant: | FRANK ALFRED BAKER | Judgment - Page  6  of  7 |
|---|---|---|
| Case No.: | 5:13-cr-26-003-HES-EMT | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Total Restitution** |
|---|---|---|---|
| **Totals:** | $700.00 | **WAIVED** | $4,537,399.09 |

___     The determination of restitution is deferred until ____.    An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

___     The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Federal Deposit Insurance Corporation<br>P.O. Box 71366<br>Philadelphia, PA, 19176-1366<br>Reference Case No. 5:13CR26/RS | $4,537,399.09 | $4,537,399.09 | |
| Totals: | $4,537,399.09 | $4,537,399.09 | |

___     Restitution amount ordered pursuant to plea agreement  $ _____.

___     The defendant shall pay interest on any fine or restitution of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

_X_     The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     _X_     the interest requirement is waived for the ___  fine  _X_  restitution.

     ___     the interest requirement for the ___  fine ___  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/11) Sheet 6 - Schedule of Payments

| | |
|---|---|
| Defendant: **FRANK ALFRED BAKER** | Judgment - Page _7_ of _7_ |
| Case No.: 5:13-cr-26-003-HES-EMT | |

### SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A.     _X_     Lump sum payment of $ _700.00_ due immediately, balance due
           ___ not later than _____, or
           ___ in accordance ___ C, ___ D, ___ E or ___ F below; or

B.     ___     Payment to begin immediately (may be combined with ___ C, ___ D, or ___ F below); or

C.     ___     Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a
           period of _____ (e.g., months or years), to commence _____ days (e.g., 30 or 60 days) after the
           date of this judgment; or

D.     ___     Payment in equal _____(e.g., weekly, monthly, quarterly) installments of $ _____ over a
           period of _____, (e.g., months or years) to commence _____ (e.g. 30 or 60 days)
           after release from imprisonment to a term of supervision; or

E.     ___     Payment during the term of supervised release will commence within _____ (e.g., 30 or
           60 days) after release from imprisonment. The court will set the payment plan based on an assessment of
           the defendant's ability to pay at that time, or

F.     _X_     Special instructions regarding the payment of criminal monetary penalties:

           **The defendant shall pay restitution in the amount of $4,537,399.09. This restitution is ordered joint and several with co-defendants Donald Terry Dubose and Elwood Ladon West, and is due and payable immediately. Restitution shall be paid to the Federal Deposit Insurance Corporation, P.O. Box 71366, Philadelphia, PA, 19176-1366, Reference: Case No. 5:13CR26/RS. The Court hereby waives interest on this financial obligation due to the defendant's financial status.**

           **Any unpaid restitution shall be paid in monthly installments of not less than $500 per month, to commence three months after release from imprisonment.**

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

_X_     Joint and Several

           **The defendant shall pay restitution in the amount of $4,537,399.09. This restitution is ordered joint and several with co-defendants Donald Terry Dubose and Elwood Ladon West, and is due and payable immediately.**

___     The defendant shall pay the cost of prosecution.

___     The defendant shall pay the following court cost(s):

___     The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.